MAYER BROWN LLP
RUTH ZADIKANY (SBN 260288)
*rzadikany@mayerbrown.com*
C. MITCHELL HENDY (SBN 282036)
*mhendy@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, California  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendant
WELLS FARGO BANK, NATIONAL
ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRAEDEN PALMER, an individual, on behalf of himself and on behalf of all persons similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, a Corporation; and DOES 1- 50, inclusive, <br><br> Defendants. | Case No. 2:26-cv-4962 <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8- 3)** <br><br> Complaint Served: April 7, 2026 <br> Current Response Date: May 14, 2026 <br> New Response Date: June 12, 2026 |

Pursuant to Local Rule 8-3 governing stipulations to extend the time to respond to an initial complaint without the need for court approval, Plaintiff Braeden Palmer ("Plaintiff") and Defendant Wells Fargo Bank, National Association ("Defendant") (together with "Plaintiff," the "Parties"), by and through their respective counsel of record, stipulate to extend Defendant's deadline to respond to Plaintiff's Complaint ("Complaint") as follows:

WHEREAS, Plaintiff filed the complaint in this action in California Superior Court, Los Angeles County on March 27, 2026;

WHEREAS, Defendant was served with the complaint on April 7, 2026;

WHEREAS, Defendant timely removed this action on May 7, 2026;

WHEREAS, Defendant's current deadline to respond to the Complaint is May, 14, 2026, *see* Fed. R. Civ. Proc. 81(c)(2)(C).

WHEREAS, Defendant has requested, and Plaintiff has agreed to, an extension of Defendant's deadline to respond to the complaint;

WHEREAS, if Defendant opts to file a motion in response to the complaint, the Parties agree that Plaintiff will have 45 days to oppose Defendant's motion;

WHEREAS, under Local Rule 8-3, the parties to an action may stipulate to extend the time within which to answer or otherwise respond to the initial complaint by not more than 30 days without the Court's approval;

WHEREAS, the proposed extension will not prejudice either Party or affect any Court-imposed deadlines because no scheduling order has been entered in this matter by this Court;

WHEREAS, Defendant has not previously requested any extension of time to respond the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the deadline for Defendant to answer or otherwise respond to the complaint is extended by 29 days to and including June 12, 2026.

**IT IS SO STIPULATED.**

- 1 -

Dated: May 13, 2026                    By:*/s/ Christine T. LeVu*
                                           Christine T. LeVu

**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Christine T. LeVu (SBN 288271)
*christine@bamlawca.com*
Jesus Adolfo Sanchez Contreras (SBN 354371)
*adolfo@bamlawca.com*
2255 Calle Clara
La Jolla, CA 92037
Tel: (858) 551-1223

*Attorneys for Plaintiff Braeden Palmer*


Dated: May 13, 2026                    By:*/s/ Ruth Zadikany*
                                           Ruth Zadikany

**MAYER BROWN LLP**
RUTH ZADIKANY (SBN 260288)
*rzadikany@mayerbrown.com*
C. MITCHELL HENDY (SBN 282036)
*mhendy@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, California  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

*Attorneys for Defendant Wells Fargo Bank, National Association*

- 2 -

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

_/s/ Ruth Zadikany_
Ruth Zadikany

- 3 -